# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Bevill v. Schutte | CAAP–14–0000778 | 10/12/2015 | Vacated and Remanded |
| Gee v. Loo | CAAP–14–0000888 | 10/12/2015 | Vacated and Remanded |
| Hawaii Nat. Bank v. Chirayunon | CAAP–14–0000994 | 10/15/2015 | Vacated and Remanded |
| Perkins v. Perkins | CAAP–13–0000070 | 10/15/2015 | Vacated and Remanded |
| Ihara v. State, Dept. of Land & Nat. Resources | CAAP–12–0000398 | 10/30/2015 | Vacated and Remanded |
| Bank of America, N.A. v. Hill | CAAP–13–0000035 | 10/30/2015 | Affirmed |
| RNM v. JMKK | CAAP–14–0001051 | 11/12/2015 | Vacated and Remanded |
| Pflueger, Inc. v. Noguchi & Associates, Inc. | CAAP–14–0001032 | 11/23/2015 | Vacated and Remanded |
| Jee-Eun Tscha v. Thornton | CAAP–12–0001097 | 11/24/2015 | Affirmed |
| Deutsche Bank Nat. Trust Co. v. Billete | CAAP–13–0000024 | 11/27/2015 | Dismissed and Affirmed |
| State v. Shimabukuro | CAAP–13–0000386 | 11/30/2015 | Affirmed |
| State v. Valencia | CAAP–13–0000045 | 11/30/2015 | Affirmed |
| State v. DeCaires | CAAP–13–0000404 | 11/30/2015 | Affirmed |
| State v. Hernane | CAAP–13–0005212 | 11/30/2015 | Vacated and Remanded |